# United States District Court

FILED by ___ D.C.
JUN 2 2000
CLARENCE ___
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

RAYMOND CLARKE

## CRIMINAL COMPLAINT

CASE NUMBER: 00-4126-SNOW

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>June 1, 2000</u>, in <u>Broward</u> county, in the <u>Southern</u> District of <u>Florida</u> defendant(s) did, (Track Statutory Language of Offense)

import and possess with intent to distribute cocaine;

in violation of Title __21__ United States Code, Section(s) __952(a) and 841(a)(1)__

I further state that I am a(n) __U.S. Customs Special Agent__ and that this complaint is based on the following facts:

Please see attached affidavit.

Continued on the attached and made a part hereof: [x] Yes [ ] No

Signature of Complainant
Daniel Carbone, Special Agent
U.S. Customs Service

Sworn to before me, and subscribed in my presence,

June 2, 2000                              at  Fort Lauderdale, Florida
Date                                          City and State

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer            Signature of Judicial Officer

## AFFIDAVIT

1. I am a Special Agent with the United States Customs Service. I have been employed in various investigative roles within the Customs Service for approximately the past thirty years. My duties include the investigation of federal narcotics offenses.

2. On June 1, 2000, U.S. Customs Service Inspectors in Fort Lauderdale, Florida, conducted an inbound inspection of passengers arriving into the United States at Fort Lauderdale International Airport from Kingston, Jamaica onboard Air Jamaica Flight 87. One of the passengers inspected was RAYMOND CLARKE.

3. When questioned by a U.S. Customs Inspector during a secondary examination, CLARKE appeared nervous and gave inconsistent answers to the questions. Customs Inspectors suspected CLARKE of being an internal smuggler of narcotics. CLARKE was subsequently taken to a local hospital where an x-ray examination revealed the presence of foreign objects inside his body. CLARKE remained at the hospital for observation.

4. On approximately June 2, 2000, CLARKE expelled 55 pellets that contained a white powdery substance.

5. The powdered substance field-tested positive as cocaine and had an approximate weight of 1.56 pounds.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DANIEL CARBONE, SPECIAL AGENT
UNITED STATES CUSTOMS SERVICE

Sworn to before me this
2nd day of June, 2000.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

Case No. _____

**UNITED STATES OF AMERICA**

vs.

**RAYMOND CLARKE**
_____/

**CRIMINAL COMPLAINT COVER SHEET**

1. Did this case originate from a matter pending in the United States Attorney's Office prior to April 1, 1999?  ____ Yes  _X_ No

2. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? ____Yes  _X_ No

                    Respectfully submitted,

                    THOMAS E. SCOTT
                    UNITED STATES ATTORNEY

BY:   _____
                    TERRENCE J. THOMPSON
                    ASSISTANT UNITED STATES ATTORNEY
                    Court Bar Number A5500063
                    500 East Broward Boulevard, Suite 700
                    Fort Lauderdale, Florida  33394
                    TEL (954) 356-7255
                    FAX (954) 356-7228
                    E-MAIL ADDRESS: AFLS01(TTHOMPSO)

N:\udd\hpantale\forms\warrants\crmcmptc.tjt.wpd