| | | | |
|---|---|---|---|
| DEFT: | Raymond Clarke (J)# | CASE NO: | 00-4126-LSS |
| AUSA: | Terry Thompson /Rosenthal | ATTNY: | Larry Wilcox |
| AGENT: | | VIOL: | Import & PWID cocaine |
| PROCEEDING: | Initial Appearance | BOND REC: | PTD |

BOND HEARING HELD - yes/(no)    COUNSEL APPOINTED: _PTD_

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

1 - advised of charge
1 - sworn for Counsel

FILED by ___ D.C.
JUN 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | 6-9-00 | 10:00am | BSS |
| PRELIM/ARRAIGN. or REMOVAL | 6-15-00 | 11:00am | BSS |
| STATUS CONFERENCE: | | | |

DATE: 6-5-00   TIME: NOON   TAPE # 00-045 PG # 5

700-895
Recall 1213
(1/3)