TJT:am

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6150** CR-ZLOCH
21 U.S.C. § 952(a)
21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

**MAGISTRATE JUDGE SELTZER**

UNITED STATES OF AMERICA

vs.

RAYMOND CLARKE
_____/



## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about June 1, 2000, at Broward County, in the Southern District of Florida, the defendant,

### RAYMOND CLARKE,

did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952(a), and Title 18, United States Code, Section 2.

## COUNT II

On or about June 1, 2000, at Broward County, in the Southern District of Florida, the defendant,

### RAYMOND CLARKE,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | |
| RAYMOND CLARKE | **CERTIFICATE OF TRIAL ATTORNEY\***<br>**Superseding Case Information:** |

**Court Division:** (Select One)

New Defendant(s)    Yes ____    ____
Number of New Defendants    ____
Total number of counts    ____

____ Miami    ____ Key West
X___ FTL    ____ WPB ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) __No__
   List language and/or dialect __English__

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)      (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | __X__ | Petty | ____ |
   | II | 6 to 10 days | ____ | Minor | ____ |
   | III | 11 to 20 days | ____ | Misdem. | ____ |
   | IV | 21 to 60 days | ____ | Felony | __X__ |
   | V | 61 days and over | ____ | | |

6. Has this case been previously filed in this District Court? (Yes or No) No____
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) ____ Yes ____
   If yes:
   Magistrate Case No. _____ 00-4126-LSS _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of ____ 6/2/00 ____
   Defendant(s) in state custody as of ____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) ____ No ____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

_____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A5500063

\*Penalty Sheet(s) attached          REV 4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: **RAYMOND CLARKE** No. _____

**Count #I:  21 U.S.C. § 952(a) Importation of cocaine**

**\*Max. Penalty: 40 year's and 5 year's minimum mandatory sentence; $2,000,000 fine**

**Count #II:  21 U.S.C. 841(a)(1) Possession with intent to distribute cocaine**

**\*Max. Penalty: 40 year's and 5 year's minimum mandatory sentence; $2,000,000 fine**

**Count #:** _____

**Max. Penalty:** _____

**Count #:** _____

**\*Max. Penalty:** _____

**Count #:** _____

**\*Max. Penalty:** _____

**Count #:** _____

**\*Max. Penalty:** _____

**Count #:** _____

**\*Max. Penalty:** _____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV 12/12/96