| | | | |
|---|---|---|---|
| DEFT: | Raymond Clarke (J)# | CASE NO: | 00-6150-CR-Zloch ~~00-4126-LSS~~ |
| AUSA: | Terry Thompson | ATTY: | FPD - Patrick Hunt |
| AGENT: | | VIOL: | |
| PROCEEDING: | PTD Hearing/arraignment BOND REC: | | |

FILED by ___ D.C.
JUN 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

BOND HEARING HELD - yes (no)    COUNSEL APPOINTED: ___

X BOND SET @ #200,000.00 CSB w/ Nebbia

CO-SIGNATURES: each side reserves the right for a

SPECIAL CONDITIONS: hearing on a future date.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services; Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
(2) ___ Halfway House
___ Electronic Monitoring

Reading of Indictment ___
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

_no tapes or transcripts_

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | 6-23-00 | 11:00 a.m. | LSS |
| DATE: 6-9-00 | TIME: 10:00am | TAPE # 00-47 | PG # 0-142 |