FILED by ___ D.C.
JUN 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6150-CR-ZLOCH

UNITED STATES OF AMERICA

vs

RAYMOND CLARKE

REC'D by ___ D.C.
ARRAIGNMENT INFORMATION SHEET
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on June 9, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: ___In Custody___

                     Telephone:_____

DEFENSE COUNSEL:     Name:___Federal Public Defenders___
                     Address:_____

                     Telephone:_____

BOND SET/CONTINUED:  $_____

Bond hearing held: yes____ no____ Bond hearing set for_____
Dated this __9th__ day of __June__, 2000

CARLOS JUENKE, CLERK OF THE COURT,

By: /s/ Amy Jordan
    Deputy Clerk

Tape No. __00-047__

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services