HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

*FILED by ___ D.C.*
*JUN 2 5 2000*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA.*

DEFT ___CLINTON G. McLENNON_____ CASE NO: __00-6153-CR-FERGUSON_

AUSA__ROBERT NICHOLSON__ / *Rosenthal* ATTY _FPD - *Pat Hunt for Wilcox*__

00-6153 @ 811

Junior Farquhason, Esq. for Winsor Steelman Fyfe

*Disc mailed - ready - possible plea*

DEFT___TERRILL MYERS_____ CASE NO: __00-6119-CR-ZLOCH___

AUSA__BERTHA MITRANI__ *pres*__ ATTY__BRUCE FLEISHER__ *pres*__

*Disc out today - gov't ready* @870
*M/ for Competency filed. Motions due July 7*

DEFT__GARY LEE GERHART_____ CASE NO: __00-8062-CR-ZLOCH___

AUSA__KERRY BARON__ *Rosenthal*__ ATTY___HOWARD SCHUMACHER_____

*Disc out - set for trial July 31*
*m/due as set forth in SDO* @911

DEFT__RAYMOND CLARKE_____ CASE NO: __00-6150-CR-ZLOCH___

AUSA__TERRY THOMPSON__ / *Rosenthal*__ ATTY_~~PATRICK HUNT~~ *Smargon*

*Disc out - gov't ready -no tapes*
*probable plea - m/due July 10* @1005

DEFT__JAMES BLAKE BEESON_____ CASE NO: __00-6158-CR-DIMITROULEAS_

AUSA__ED RYAN__ *Rosenthal*__ ATTY__BRUCE LYONS__ / *Greitza*

*Disc out - gov't ready*
*m/Con't pending - 11 tapes.* @1047

DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DATE__6-23-00_____ TIME__11:00_____

14