UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6150-CR-ZLOCH

UNITED STATES OF AMERICA,          :

      Plaintiff,                   :

v.                                 :

RAYMOND CLARKE,                    :

      Defendant.                   :

FILED by ___ D.C.
JUN 27 2000
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**STATUS REPORT**

A status conference was held in this cause on June 23, 2000. At that conference, the parties informed the Court as follows:

1. Discovery was mailed on June 22, 2000. Counsel for the defendant shall have until July 10, 2000, within which to file pretrial motions.

2. This case likely will be resolved by way of a plea.

DATED at Fort Lauderdale, Florida, this 27th day of June, 2000.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Terry Thompson (FTL)
AFPD Sam Smargon (FTL)