**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 00-6150-CR-ZLOCH**

JUL 19 2000

UNITED STATES OF AMERICA

   v.

RAYMOND CLARKE

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE:  
299 E. BROWARD BLVD.  
FT. LAUDERDALE, FL 33301

COURTROOM A  
DATE & TIME:  
July 26, 2000 at 9:30 AM

**CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: July 19, 2000

cc:
Terry Thompson, Esq., AUSA
Samuel Smargon, Esq., AFPD