UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

JUL 2 6 2000

CASE NUMBER 00-6150-CR-Zloch  DATE 7-26-00
CLERK Carlrue Newby  REPORTER Carl Schanzlel
PROBATION _____  INTERPRETER _____

UNITED STATES OF AMERICA v. Raymond Clarke

U. S. ATTORNEY Terry Thompson  DEFT COUNSEL Samuel Smargan

DEFENDANT: (PRESENT)  NOT PRESENT  ON BOND  (IN CUSTODY)

REASON FOR HEARING Change of Plea to Count 1

RESULT OF HEARING Court would not accept plea - Jury selection Aug 3 9:30 -

JUDGMENT

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC