**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 00-6150-CR-ZLOCH**

**UNITED STATES OF AMERICA**

    **v.**

**RAYMOND CLARKE**

JUL 2 6 2000

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

**PLACE:**                                                **COURTROOM A**
299 E. BROWARD BLVD.                              **DATE & TIME:**
FT. LAUDERDALE, FL 33301              August 3, 2000 at 10:15 AM

**CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

CLARENCE MADDOX
CLERK OF COURT

_(signature)_
BY DEPUTY CLERK

DATE: July 26, 2000

cc:
Terry Thompson, Esq., AUSA
Samuel Smargon, Esq., AFPD

