TJT:hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __00-6150-CR-ZLOCH(s)__
21 U.S.C. § 952(a)
21 U.S.C. § 841(a)(1)
18 U.S.C. § 2



UNITED STATES OF AMERICA

vs.

RAYMOND CLARKE
_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about June 1, 2000, at Broward County, in the Southern District of Florida, the defendant,

### RAYMOND CLARKE,

did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, at least five hundred (500) grams of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952(a), and Title 18, United States Code, Section 2.

## COUNT II

On or about June 1, 2000, at Broward County, in the Southern District of Florida, the defendant,

### RAYMOND CLARKE,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, at least five hundred (500) grams of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY

| UNITED STATES OF AMERICA | CASE NO. 00-6150-CR-ZLOCH(s) |
|---|---|
| v. | |
| RAYMOND CLARKE | **CERTIFICATE OF TRIAL ATTORNEY\***<br>**Superseding Case Information:** |

**Court Division:** (Select One)

New Defendant(s)     Yes  X   No  X
Number of New Defendants   0
Total number of counts   2

___  Miami   ___ Key West
 X    FTL    ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) No
   List language and/or dialect   English

4. This case will take  2   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                    (Check only one)

   I    0 to 5 days         X        Petty       ___
   II   6 to 10 days        ___      Minor       ___
   III  11 to 20 days       ___      Misdem.     ___
   IV   21 to 60 days       ___      Felony       X
   V    61 days and over    ___

6. Has this case been previously filed in this District Court? (Yes or No) Yes
   If yes:
   Judge:  William J. Zloch          Case No.  00-6150-CR-ZLOCH
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No)  Yes
   If yes:
   Magistrate Case No.  00-4126-LSS
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of  6/2/00
   Defendant(s) in state custody as of _____
   Rule 20 from the _____     District of _____

   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _Yes  X  No  If yes, was it pending in the Central Region? _ Yes _ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes  X  No

                              _____
                              TERRENCE J. THOMPSON
                              ASSISTANT UNITED STATES ATTORNEY
                              Court Bar No. A5500063

\*Penalty Sheet(s) attached                                    REV.6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**PENALTY SHEET**

Defendant's Name: **RAYMOND CLARKE**     No. **00-6150-CR-ZLOCH(s)**

Count #I: 21 U.S.C. § 952(a) Importation of cocaine

*****Max. Penalty: 40 year's and 5 year's minimum mandatory sentence; $2,000,000 fine**

Count #II: 21 U.S.C. 841(a)(1) Possession with intent to distribute cocaine

*****Max. Penalty: 40 year's and 5 year's minimum mandatory sentence; $2,000,000 fine**

Count #: _____

Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____


*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96