| | | | |
|---|---|---|---|
| DEFT: | Raymond Clarke (J)# | CASE NO: | 00-6150-CR-Zloch (s) |
| AUSA: | Terry Thompson /Bob | ATTNY: | FPD: Sam Smargon |
| AGENT: | Nicholson | VIOL: | present |
| PROCEEDING: | Arraignment on SS Indictment | BOND REC: | |
| BOND HEARING HELD – yes/no | | COUNSEL APPOINTED: | FILED by D.C. |

BOND SET @ _____

AUG 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x/s a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Plea is set for tomorrow

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | | | |
| DATE: 8-2-00 | TIME: 11:00am | TAPE # 00-061 | PG # 3 |

2844 - 2899

21