FILED by _____ D.C.
AUG 3 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6150-CR-Zloch    DATE 8-3-00
CLERK Carline Newby    REPORTER Anita LaRocca
PROBATION    INTERPRETER

UNITED STATES OF AMERICA v. Raymond Clarke

U. S. ATTORNEY Kathleen Rice    DEFT COUNSEL Samuel Smargon

DEFENDANT: (PRESENT)    NOT PRESENT    ON BOND    (IN CUSTODY)

REASON FOR HEARING Change of Plea to Count 1 of superseding Indictment

RESULT OF HEARING Deft entered plea of guilty to Count 1

JUDGMENT Ct finds deft guilty to Count 1

CASE CONTINUED TO 10-20-00 TIME 11:00 FOR Sentencing

MISC Written Plea Agreement