UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

OCT 20 2000

CASE NUMBER 00-6150-CR-ZlOCH    DATE 10-20-00
CLERK Carlene Newby    REPORTER Carl Schanzlee
PROBATION Ed Cooley    INTERPRETER

UNITED STATES OF AMERICA v. Raymond Clarke

U.S. ATTORNEY Terry Thompson    DEFT COUNSEL Samuel Smargon

DEFENDANT: (PRESENT)    NOT PRESENT    ON BOND    (IN CUSTODY)

REASON FOR HEARING Sentencing

RESULT OF HEARING Court accepts stipulation to Role - Ct 1 - 30 months custody of BOP 3 yrs Supervised Release - At completion of incarceration shall be surrendered to INS for departation proceedings - If deported not reenter w/o prior express permission of A.G. - No reporting if deported - Report w/in 72 hrs if Reenters to Probation -

JUDGMENT

CASE CONTINUED TO    TIME    FOR
Participate in mental health/substance abuse program $100 assessment - FPD appointed for appeal -

MISC

26