AO 245B (Rev. 3/95) Judgment in a Criminal Case
Sheet 2 — Imprisonment

DEFENDANT:   RAYMOND CLARKE
CASE NUMBER:  00-6150-CR-ZLOCH

Judgment – Page  2  of  6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  30 months

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ a.m./p.m. on _____ .
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on  _1-9-01_  to  _FCI FTD_

at  _New Jersey_  with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

FOR  NANCY BAILEY

By _____
Deputy U.S. Marshal
WARDEN